UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JENNIFER CARLETON, *et al.* | * | |
| Plaintiffs | * | |
| v. | * | CASE NO: 07cv01018 (JDB) |
| JOHN DIJOSEPH, ESQ. *et al.* | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**<u>NOTICE OF ENTRY OF APPEARANCE OF COUNSEL</u>**

THE CLERK OF THE COURT WILL please enter the appearance of Aaron L. Handleman, Esq., Bar No. 48728, as counsel, and Justin M. Flint, Esq., Bar No. 491782, as co-counsel for Defendant David R. Kaminsky, Esquire, in the above-referenced matter.

Respectfully submitted,

ECCLESTON & WOLF, P.C.

**/s/ Justin M. Flint**
_____
Aaron L. Handleman (#48728)
Justin M. Flint (#491782)
2001 S St., N.W., Suite 310
Washington, DC  20009
(202) 857-1696 (Tel.)
(202) 857-0762 (Fax)
*Attorneys for Defendant*
*David R. Kaminsky, Esquire*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing Notice of Entry of Appearance of Counsel was served electronically this 6th day of June, 2007, on:

>Christopher C. S. Manning, Esquire
>MANNING & SOSSAMON, PLLC
>1532 16th Street, NW
>Washington, D.C., 20036
>*Counsel for Plaintiffs*
>Cmanning@manning-sossamon.com

And

>George O. Peterson, Esquire
>SANDS ANDERSON MARKS & MILLER, P.C.
>1497 Chain Bridge Road
>Suite 202
>McLean, VA 22101
>gpeterson@sandsanderson.com
>*Counsel for Ted Kavrukov, Esquire*

>**/s/ Justin M. Flint**
>_____
>Justin M. Flint