**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JENNIFER CARLETON, *et al*. | * |
|  | * |
| Plaintiffs | * |
|  | *    CASE NO: 07cv01018 (JDB) |
| v. | * |
|  | * |
| JOHN DIJOSEPH, ESQ. *et al*. | * |
|  | * |
| Defendants |  |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF ENTRY OF APPEARANCE OF COUNSEL**

THE CLERK OF THE COURT WILL please enter the appearance of Aaron L. Handleman, Esq., Bar No. 48728, as counsel, and Justin M. Flint, Esq., Bar No. 491782, as co-counsel for Defendant David R. Kaminsky, Esquire, in the above-referenced matter.

Respectfully submitted,

ECCLESTON & WOLF, P.C.

**/s/ Aaron L. Handleman**
_____
Aaron L. Handleman (#48728)
Justin M. Flint (#491782)
2001 S St., N.W., Suite 310
Washington, DC  20009
(202) 857-1696 (Tel.)
(202) 857-0762 (Fax)
*Attorneys for Defendant*
*David R. Kaminsky, Esquire*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing Notice of Entry of Appearance of Counsel was served electronically this 6th day of June, 2007, on:

> Christopher C. S. Manning, Esquire
> MANNING & SOSSAMON, PLLC
> 1532 16th Street, NW
> Washington, D.C., 20036
> *Counsel for Plaintiffs*
> Cmanning@manning-sossamon.com
>
> And
>
> George O. Peterson, Esquire
> SANDS ANDERSON MARKS & MILLER, P.C.
> 1497 Chain Bridge Road
> Suite 202
> McLean, VA 22101
> gpeterson@sandsanderson.com
> *Counsel for Ted Kavrukov, Esquire*

                                    **/s/ Aaron L. Handleman**
                                    _____
                                    Justin M. Flint