## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | * | |
| JENNIFER CARLETON, *et al*. | | |
| | * | |
| Plaintiffs | | |
| | * | CASE NO:  07cv01018 (JDB) |
| v. | | |
| | * | |
| JOHN DIJOSEPH, ESQ. *et al*. | | |
| | * | |
| Defendants | | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## DEFENDANT DAVID R. KAMINSKY, ESQUIRE'S CONSENT TO REMOVAL

Defendant David R. Kaminsky ("Defendant Kaminsky"), Esquire, by and through his attorneys, Aaron L. Handleman, Justin M. Flint, and Eccleston and Wolf, P.C., hereby submits his Consent to Removal of the Superior Court for the District of Columbia case styled as *Jennifer Carleton, et al. v. DiJoseph, et al*, Case No. 2007 CA 003093 M and states:

1.      Defendant Ted Kavrukov, Esquire ("Defendant Kavrukov") filed his Notice of Removal on June 4, 2007, pursuant to 28 U.S.C. §§ 88, 1332, and 1441 through 1452.

2.      Defendant Kaminsky agrees with his co-Defendant's decision and hereby notifies the Untied States District Court of his consent to the removal.

**Respectfully submitted,**

**/s/ Justin M. Flint**

_____
Aaron L. Handleman (No. 48728)
Justin M. Flint (No. 491782)
ECCLESTON & WOLF, P.C.
2001 S Street, N.W., Suite #310
Washington, D.C., 20009-1125
(202) 857-1696
handleman@ewdc.com
flint@ewdc.com
*Attorneys for Defendant*
*David R. Kaminsky, Esq.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of June, 2007, a copy of the aforegoing Consent to Removal was served electronically to:

Christopher C. S. Manning, Esquire
MANNING & SOSSAMON, PLLC
1532 16th Street, NW
Washington, D.C., 20036
*Counsel for Plaintiffs*
Cmanning@manning-sossamon.com

And

George O. Peterson, Esquire
SANDS ANDERSON MARKS & MILLER, P.C.
1497 Chain Bridge Road
Suite 202
McLean, VA 22101
gpeterson@sandsanderson.com
*Counsel for Ted Kavrukov, Esquire*

**/s/ Justin M. Flint**

_____
Justin M. Flint