UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JENNIFER CARLETON, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.: 07-cv-1018 (JDB) |
| | ) | |
| JOHN DIJOSEPH, ESQUIRE, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, George O. Peterson, am a member in good standing of the bar of this Court. My bar number is 478050. I am moving the admission of Mikhael D. Charnoff to appear *pro hac vice* in this case as counsel for Defendant Ted Kavrukov.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Virginia Supreme Court | 1999 |
| U.S.D.C. E.D. Va. | 2000 |
| Court of Appeals of Maryland | 1999 |

2. The proposed admittee practices law in the Commonwealth of Virginia at:

   Sands Anderson Marks & Miller, P.C.
   1497 Chain Bridge Road, Suite 202
   McLean, VA 22101
   703-893-3600
   703-893-8484 (facsimile)

3. The proposed admittee does not have an application for admission pending to the District of Columbia Bar or this Court.

4.    During the twelve months immediately preceding this motion, the proposed admittee has not been admitted *pro hac vice* in this Court.

5.    The proposed admittee has never been disciplined, disbarred, suspended, or denied admission to practice law in any jurisdiction.

6.    The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he shall be subject of the disciplinary jurisdiction of this Court.

7.    The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

8.    The undersigned movant is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

9.    The completed Electronic Case Files Attorney Registration is enclosed.

Dated: July 5, 2007

Respectfully submitted,

SANDS ANDERSON MARKS & MILLER
A Professional Corporation


George O. Peterson /s/
_____
George O. Peterson, Esq.     D.C. Bar No. 478050

1497 Chain Bridge Road
Suite 202
McLean, Virginia 22101
703-893-3600
703-893-8484 (facsimile)


Mikhael D. Charnoff /s/
_____
Mikhael D. Charnoff, Esq.

1497 Chain Bridge Road
Suite 202
McLean, Virginia 22101
703-893-3600
703-893-8484 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of July, 2007, a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* was served by the electronic case filing system:

Christopher C.S. Manning, Esq.
Manning & Sossamon
1532 Sixteenth Street, NW
Washington, DC 20036

Justin M. Flint, Esq.
Aaron L. Handleman, Esq.
Eccleston and Wolf
2001 S. Street, NW, Suite 310
Washington, DC 20009

And by first class mail, postage prepaid, upon:

John M. DiJoseph, Esq.
9610 Tiberias Drive
Upper Marlboro, MD 20772

George O. Peterson /s/
_____
George O. Peterson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELECTRONIC CASE FILES
Attorney/Participant Registration Form

LIVE SYSTEM

This form shall be used to register for an account on the Court's Electronic Case Files (ECF) system and to subscribe to the ECF EMail (Listserver) notification service. Registered attorneys and other participants will have privileges both to electronically submit documents, and to view and retrieve electronic docket sheets and documents for all cases assigned to the Electronic Case Files system. Listserver subscribers receive email messages whenever the Court wishes to electronically notify ECF registrants of pertinent ECF information.

The following information is required for registration:

If you are appointed pro bono or pro hac vice, please provide the case number:   07-cv-1018 (JDB)

First Name/Middle Initial/Last Name   Mikhael     D   Charnoff

Last four digits of Social Security Number   0337

DC Bar ID#: _____

Firm Name   Sands Anderson Marks & Miller, P.C.

Firm Address   1497 Chain Bridge Road, Suite 202
McLean, VA 22101

Voice Phone Number   703-893-3600

FAX Phone Number   703-893-8484

Internet E-Mail Address   mcharnoff@sandsanderson.com

By submitting this registration form, the undersigned agrees to abide by the following rules:

1. This system is for use only in cases permitted by the *U.S. District Court for the District of Columbia.* It may be used to file and view electronic documents, docket sheets, and notices. Please visit the Court's ECF Internet, www.dcd.uscourts.gov, website to schedule training.

2. Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion, and other paper (except list, schedules, statements or amendments thereto) shall be signed by at least one attorney of record or, if the party is not represented by an attorney, all papers shall be signed by the party. An attorney's/participant's password issued by the court combined with the user's identification, serves as and constitutes the attorney's/participant's signature. Therefore, an attorney/participant must protect and secure the password issued by the court.

3. If there is any reason to suspect the password has been compromised in any way, it is the duty and responsibility of the attorney/participant to immediately notify the court. This should include the resignation or reassignment of the person with authority to use the password. The Court will immediately delete that password from the electronic filing system and issue a new password.

3. An attorney's/participant's registration will not waive conventional service of a summons and complaint, subpoena, or other judicial process; submit the client to the jurisdiction of the Court; or operate as a consent to accept service of pleadings, documents, and orders in actions in which such attorney/participant has not entered an appearance. An attorney's/participant's registration will constitute a waiver in law only of conventional service of other non-process pleadings, documents, and orders in the case. The attorney/participant agrees to accept, on behalf of the client, service of notice of the electronic filing by hand, facsimile or authorized e-mail.

4. Upon receipt of your login and password, you are strongly encouraged to change your password, which may be done through the Utilities function, to a name easily recalled. **You may be subjected to a fee, should the Clerk's Office have to create a new password for you, or alternatively, you may be required to appear in person to receive your new password.**

5. Attorneys who are active members of the bar of this Court, or government attorneys who are employed or retained by the United States, or who have been permitted to proceed *pro hac vice*, must file pleadings electronically.

Please return this form to:    U.S. District Court for the District of Columbia
                               Attn:  Attorney Admissions
                               333 Constitution Avenue NW, Room 1825
                               Washington, DC  20001

Or FAX to:                     Peggy Trainum
                               U.S. District Court for the District of Columbia
                               (202) 354-3067

Applicant's Signature  _____

Charnoff_____   M_____   0337_____
Full Last Name             Initial of     Last 4 Digits SS#
                           First Name