UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNIFER CARLETON, et al.          )<br>                                                          )<br>           Plaintiffs,                           )<br>                                                          )<br>v.                                                      )   Case No.:  1:07-cv-1018 (JDB)<br>                                                          )<br>JOHN DIJOSEPH, ESQUIRE, et al.  )<br>                                                          )<br>           Defendants.                        ) | |

### DEFENDANT TED KAVRUKOV'S INITIAL DISCLOSURES

COMES NOW, Defendant Ted Kavrukov, by counsel, and files his Fed. Civ. R. P. Rule 26(a)(1) initial disclosure and states as follows:

A.      Subsection (a)(1)(A):  Persons Likely to Have Discoverable Information.

1.      Jennifer Lynn Bachus Carleton, c/o Christopher C. S. Manning, Esquire, MANNING & SOSSAMON, PLLC, 1532 16th Street, NW, Washington, DC, 20036.

Mrs. Carleton, as an individual Plaintiff in this action, has knowledge of all facts relevant to the claims against these Defendants.

2.      John Cahill Carleton, II, c/o Christopher C. S. Manning, Esquire, MANNING & SOSSAMON, PLLC, 1532 16th Street, NW, Washington, DC, 20036.

Mr. Carleton, as an individual Plaintiff in this action, has knowledge of all facts relevant to his claims against these Defendants.

3.      David R. Kaminsky, Esquire, c/o Justin M. Flint, ECCLESTON & WOLF, P.C., 2001, S Street, NW, Washington, DC, 20009.

Defendant Kaminsky may have information pertaining to the legal representation of the Plaintiffs by the Defendants.  Defendant Kaminsky may also have information pertaining to the facts surrounding 2150 L Street, NW, Washington, DC, 20036 ("the Subject Property") and all other relevant issues surrounding Plaintiffs' claims.

4.      John DiJospeh, 9610 Tiberias Drive Upper Marlboro, MD, 20772, (301) 856-6731.

John DiJoseph may have information pertaining to the legal representation of the Plaintiffs by the Defendants. Mr. DiJoseph may also have information pertaining to the facts surrounding the Subject Property and all other relevant issues surrounding Plaintiffs' claims.

5. Ted Kavrukov, Esquire c/o George O. Peterson, Esquire, SANDS ANDERSON MARKS & MILLER, P.C., 1497 Chain Bridge Road, Suite 202, McLean, VA, 22101.

Ted Kavrukov may have information pertaining to the legal representation of the Plaintiffs by the Defendants. Mr. Kavrukov may also have information pertaining to the facts surrounding the Subject Property and all other relevant issues surrounding Plaintiffs' claims.

6. Robert E. Phillips, 10030 Gorman Road, Laurel, MD, 20732, c/o George B. Huckabay, Esquire, Counsel for Robert E. Phillips, and Home Tech Systems, Inc., 4816 Moorland Lane, Bethesda, MD, 20814-6145.

Bob Phillips was a party defendant in the matter styled as *Carleton, et al. v. Winter, et al.*, C.A. 01-0006718, in the District of Columbia Superior Court ("the underlying matter"). Mr. Phillips may have information relating to the facts and circumstances in the underlying matter.

7. Suzanne Winter, 2704 Emerald Hill Road, Sperryville, VA, 22740.

Ms. Winter was a party defendant in the underlying matter. Ms. Winter may have knowledge of the facts and circumstances relating to the Plaintiffs' allegations in the underlying matter.

8. Karie Winter Labrie, address unknown.

Upon information and belief, Ms. Labrie may have knowledge of facts relevant to the Subject Property and other issues relevant to Plaintiffs' claims.

9. Eugenia Shuller, address unknown.

Upon information and belief, Ms. Shuller may have knowledge of facts relevant to the Subject Property and other issues relevant to Plaintiffs' claims.

10. J.D. Grewell, J.D. Grewell & Associates, Inc., 9001 16th St., Silver Spring, MD, 20910.

Mr. Grewell was an expert retained by the Defendants. Hence, Mr. Grewell may have knowledge of facts relevant to the underlying matter, the Subject Property, and other issues relevant to Plaintiffs' claims.

11. Kevin I. Kane, Esquire, 3 Bethesda Metro Center, Suite 520, Bethesda, MD, 20814, Counsel for Defendant Suzanne Winter.

Mr. Kane, as trial counsel for Ms. Winter, may have information pertaining to the legal representation of the Plaintiffs by the Defendants. Mr. Kane may also have information pertaining to the facts surrounding the Subject Property and all other relevant issues surrounding Plaintiffs' claims.

12. Christopher C.S. Manning, Esquire, MANNING & SOSSAMON, PLLC, 1532 16th Street, NW, Washington, DC, 20036.

As successor counsel to the Defendants in the underlying matter, Mr. Manning may have information relating to the appeal before the District of Columbia Appeals and the facts and circumstances surrounding settling the claims against Bob Phillips and HTSI after the Court of Appeals remanded the case for further proceedings.

13. George B. Huckabay, Esquire, Counsel for Defendants Robert E. Phillips, and Home Tech Systems, Inc., 4816 Moorland Lane, Bethesda, MD, 20814-6145.

Mr. Huckabay, as counsel for Mr. Phillips and HTSI, may have information pertaining to the legal representation of the Plaintiffs by the Defendants. Mr. Huckabay may also have information pertaining to the facts surrounding the underlying matter, the Subject Property, and all other relevant issues surrounding Plaintiffs' claims.

14. Fred J. Ugast, Corporate Representative of Home Tech Systems, Inc., c/o George B. Huckabay, Esquire, Counsel for Defendants Robert E. Phillips, and Home Tech Systems, Inc., 4816 Moorland Lane, Bethesda, MD, 20814-6145.

Upon information and belief, Mr. Ugast signed the Answers to Interrogatories for HTSI in the underlying matter. As such, Mr. Ugast may also have information pertaining to the facts surrounding the Subject Property and all other relevant issues surrounding Plaintiffs' claims.

15. Morris R. Battino, Esquire, Counsel for Ms. Winter, Washington Land Company, and The New Washington Land Company, LLC., 1200 Perry Street, NE, #100, Washington, DC, 20017.

Mr. Battino, as counsel for Ms. Winter, Washington Land Company, and The New Washington Land Company, may have information pertaining to the legal representation of the Plaintiffs by the Defendants. Mr. Battino may also have information pertaining to the facts surrounding the underlying matter, the Subject Property, and all other relevant issues surrounding Plaintiffs' claims.

16. Timothy G. Casey, Esquire, Counsel for Defendants Long & Foster Real Estate, Inc. and Guinevere Jones-Wood, 451 Hungerford Drive, Suite 505, Rockville, MD, 20850.

Mr. Casey, as counsel for Defendants Long & Foster Real Estate, Inc. and Guinevere Jones-Wood, may have information pertaining to the legal representation of the Plaintiffs by the Defendants. Mr. Casey may also have information pertaining to the facts surrounding the

underlying matter, the Subject Property, and all other relevant issues surrounding Plaintiffs' claims.

17. William D. Burk, Esquire, Counsel for Defendants Long & Foster Real Estate, Inc. and Guinevere Jones-Wood, 451 Hungerford Drive, Suite 505, Rockville, MD, 20850.

Mr. Burk, as counsel for Defendants Long & Foster Real Estate, Inc. and Guinevere Jones-Wood, may have information pertaining to the legal representation of the Plaintiffs by the Defendants. Mr. Burk may also have information pertaining to the facts surrounding the underlying matter, the Subject Property, and all other relevant issues surrounding Plaintiffs' claims.

18. Charles McDougle, Long & Foster Real Estate, address unknown.

Upon information and belief, Mr. McDougle was an agent involved in the Plaintiffs' effort to acquire the Subject Property. Mr. McDougle may have knowledge of facts relevant to the Subject Property and other issues relevant to Plaintiffs' claims.

19. John J. Heyn, 14 Caveswood Lane, Owings Mills, MD, 21117.

Upon information and belief, Mr. Heyn was designated as a trial expert for HTSI and Bob Phillips. Mr. Heyn may have knowledge of facts relevant to the Subject Property and other issues relevant to Plaintiffs' claims.

20. Fred Daniels, Esquire, address unknown.

Upon information and belief, as a potential purchaser of the Subject Property, Mr. Daniels may have knowledge of facts relevant to the Subject Property and other issues relevant to Plaintiffs' claims.

21. Thomas J. Lynch, 1062 Harriman, Great Falls, VA, 22066.

Upon information and belief, Mr. Lynch was designated as an expert witness in the underlying matter. Mr. Lynch may have knowledge of facts relevant to the Subject Property and other issues relevant to Plaintiffs' claims.

22. Norman Smith, address unknown.

Upon information and belief, Mr. Smith may have knowledge of facts relevant to the Subject Property and other issues relevant to Plaintiffs' claims.

23. Brian McCarthy, Bennett, Frank, McCarthy Architects, Inc., 7003 Carroll Avenue, Takoma Park, MD, 20912.

Upon information and belief, Mr. McCarthy may have knowledge of facts relevant to the Subject Property, the wall at issue, and other issues relevant to Plaintiffs' claims.

24. Sigma Phi Epsilon, address unknown.

Upon information and belief, this national fraternity, as a potential buyer before the Plaintiffs of the Subject Property, may have knowledge of facts relevant to the Subject Property and other issues relevant to Plaintiffs' claims.

25. Roger Lindsay, Remax Preferred, 380 Maple Avenue, West Vienna, VA, 22180.

Upon information and belief, Mr. Lindsay was the selling agent for the Subject Property that may have knowledge of facts relevant to the Subject Property and other issues relevant to Plaintiffs' claims.

26. Charles Chenier, 2911 Perry Street, Tuskegee, AL, 36088.

Upon information and belief, Mr. Chenier, as seller of the Subject Property to the Plaintiffs, may have knowledge of facts relevant to the Subject Property and other issues relevant to Plaintiffs' claims.

27. Karen Miller (Estate Consultant), Jordan & Keys & Jessamy, 1400 16th Street, NW, Suite 700, Washington, DC, 20037.

Upon information and belief, Ms. Miller may have knowledge of facts relevant to the Subject Property and other issues relevant to Plaintiffs' claims.

28. Richard Moring, Criterion Moring Engineers, address unknown.

Upon information and belief, Mr. Moring may have knowledge of facts relevant to the Subject Property and other issues relevant to Plaintiffs' claims.

29. Jeffrey Overmiller, Structural Design Group, 15825 Shady Grove Road, Suite 180, Rockville, MD, 20850.

Upon information and belief, Mr. Overmiller may have knowledge of facts relevant to the Subject Property and other issues relevant to Plaintiffs' claims.

30. Richard Montelius, R & D General Contracting, Inc., 809 Francis Avenue, Halethorp, MD, 21227.

Upon information and belief, R & D General Contracting was present when the Subject Property's allegedly structurally defect wall collapsed; as such, Mr. Montelius may have knowledge of facts relevant to the Subject Property and other issues relevant to Plaintiffs' claims.

31. Efi Edim, Manager, The Winston House, 2140 L Street, NW Washington, DC, 20036.

Upon information and belief, Mr. Edim, as neighbor to the Subject Property, may have knowledge of facts relevant to the Subject Property and other issues relevant to Plaintiffs' claims.

32.   Patrick Walsh, Thomas D. Walsh Realtors, 3406 Connecticut Avenue, NW, Washington, DC, 20008.

Upon information and belief, Mr. Walsh may have knowledge of facts relevant to the Subject Property and other issues relevant to Plaintiffs' claims.

33.   Sandy Taylor, Taylor and Associates, 5108 Berwyn Road, College Park, MD, 20740.

Upon information and belief, Mr. Taylor may have knowledge of facts relevant to the Subject Property and other issues relevant to Plaintiffs' claims.

34.   Rodney Bury, Long Fence and Home, 6811 Kenilworth, Avenue, 6th Floor, Riverdale, MD, 20737.

Upon information and belief, Mr. Bury may have knowledge of facts relevant to the Subject Property and other issues relevant to Plaintiffs' claims.

35.   Tyson's Self-Storage, 8608 Leesburg Pike, Vienna, VA, 22182.

Upon information and belief, Tyson's Self Storage may have knowledge of facts relevant to the Subject Property and other issues relevant to Plaintiffs' claims.

36.   Patrick Oliver, address unknown.

Upon information and belief, Mr. Oliver may have knowledge of facts relevant to the Subject Property and other issues relevant to Plaintiffs' claims.

37.   James McIntyre, Administrator, Gary L. Bachus Trust, 151 North Main Street, Wichita, KS, 67230.

Upon information and belief, Mr. Lindsay may have knowledge of facts relevant to the Subject Property and other issues relevant to Plaintiffs' claims.

38.   Gregg Busch, First Savings Mortgage, 1950 Gallows Road, 8th Floor, Vienna, VA, 22182.

Upon information and belief, Mr. Busch may have knowledge of facts relevant to the Subject Property and other issues relevant to Plaintiffs' claims.

39.   Gary L. Bachus, 47 Via Verde, Wichita, KS, 67230.

Upon information and belief, Mr. Bachus may have knowledge of facts relevant to the Subject Property and other issues relevant to Plaintiffs' claims.

40.    Alex Daniels, address unknown.

Upon information and belief, as a potential purchaser of the Subject Property, Mr. Daniels may have knowledge of facts relevant to the Subject Property and other issues relevant to Plaintiffs' claims.

41.    Michelle Daniels, address unknown.

Upon information and belief, as a potential purchaser of the Subject Property, Ms. Daniels may have knowledge of facts relevant to the Subject Property and other issues relevant to Plaintiffs' claims.

42.    All individuals listed by Plaintiffs on their Rule 26(a)(1) Disclosures.

43.    All individuals listed by Defendant David Kaminsky, Esquire and Defendant John DiJoseph on their Rule 26(a)(1) Disclosures.

**B.    Subsection (a)(1)(B): Documents**

Defendant Kavrukov will make available for inspection and copying all non-privileged documents related to this action at the offices of Sands Anderson Marks & Miller, P.C., 1497 Chain Bridge Road, Suite 202, McLean, VA 22101. Such documents consist of printed electronic versions of underlying pleadings and documents from Mr. Kavrukov's computer.

**C.    Subsection (a)(1)(C): Computation of Damages**

Defendant Kavrukov is not making a claim for damages, but reserves the right to seek attorney's fees and costs in defending this matter.

**D.    Subsection (a)(1)(D): Insurance Agreement**

Defendant Kavrukov has provided the parties to this matter with a copy of his insurance agreement.

Dated: July 12, 2007

Respectfully submitted,

SANDS ANDERSON MARKS & MILLER
A Professional Corporation

George O. Peterson /s/
_____
George O. Peterson, Esq.    D.C. Bar No. 478050

1497 Chain Bridge Road
Suite 202
McLean, Virginia 22101
703-893-3600
703-893-8484 (facsimile)
gpeterson@sandsanderson.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of July, 2007, a true and correct copy of the foregoing Defendant Kavrukov's Initial Disclosure was served by the electronic case filing system:

>Christopher C.S. Manning, Esq.
>Manning & Sossamon
>1532 Sixteenth Street, NW
>Washington, DC 20036
>
>Justin M. Flint, Esq.
>Aaron L. Handleman, Esq.
>Eccleston and Wolf
>2001 S. Street, NW, Suite 310
>Washington, DC 20009

And by first class mail, postage prepaid, upon:

>John M. DiJoseph
>9610 Tiberias Drive
>Upper Marlboro, MD 20772

George O. Peterson /s/
_____
George O. Peterson