UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNIFER CARLETON, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No.: 07-cv-1018 (JDB) |
| | ) |
| JOHN DIJOSEPH, ESQUIRE, et al. | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

THE CLERK OF THE COURT will please enter the appearance of Paige A. Levy, Esquire, Bar No. 453535, as co-counsel for Defendant Ted Kavrukov in the above-styled mater.

Dated: July 12, 2007

Respectfully submitted,

SANDS ANDERSON MARKS & MILLER
A Professional Corporation


/s/ Paige A. Levy
_____
Paige A. Levy, Esq.   Bar #  453535

1497 Chain Bridge Road
Suite 202
McLean, Virginia 22101
703-893-3600
703-893-8484 (facsimile)
plevy@sandsanderson.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of July, 2007, a true and correct copy of the foregoing Notice of Appearance was served by the electronic case filing system:

>Christopher C.S. Manning, Esq.
>Manning & Sossamon
>1532 Sixteenth Street, NW
>Washington, DC 20036
>
>Justin M. Flint, Esq.
>Aaron L. Handleman, Esq.
>Eccleston and Wolf
>2001 S. Street, NW, Suite 310
>Washington, DC 20009

And by first class mail, postage prepaid, upon:

>John M. DiJoseph, Esq.
>9610 Tiberias Drive
>Upper Marlboro, MD 20772

/s/ Paige A. Levy
_____
Paige A. Levy

2