DISTRICT OF COLUMBIA SUPERIOR COURT
CIVIL DIVISION

| | |
|---|---|
| Jennifer Carleton, et al. ) | |
| ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Case No: 07cv01018(JDB) |
| ) | |
| John DiJoseph, Esquire, et al. ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)**

Plaintiffs by and through their undersigned attorney, Christopher C. S. Manning, hereby provide the following Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure:

**COMMENTS**

1. These disclosures are based on the information currently available to Plaintiffs. It is anticipated that further discovery, legal research, and analysis will lead to additions and changes to these disclosures.

2. These disclosures are given without prejudice to the right to produce witnesses, documents, or other evidence which Plaintiffs may later discover or believe to be relevant. Plaintiffs accordingly reserve the right to change and supplement these disclosures as additional facts are ascertained, additional witnesses are identified, more legal research is completed, and/or this case develops. These disclosures are made in good faith, and in no way prejudice Plaintiffs in relation to further discovery or proceedings.

1

3. These disclosures do not include the names of any potential experts retained or consulted by the Plaintiffs. The Plaintiffs will produce information relating to experts as may be appropriate under Federal Rule of Civil Procedure 26(a)(2) at the times provided by that Rule or any supervening order of the Court.

4. These disclosures do not concede to relevance, materiality, authenticity or waive any applicable privilege or objections that may be appropriate at the trial of this matter.

## INITIAL DISCLOSURES

**Rule 26(a)(1)(A) – Individuals with discoverable information**

1. Jennifer Lynn Bachus Carleton
   Plaintiff
   Manning & Sossamon PLLC
   1532 Sixteenth Street, NW
   Washington, DC 20036

   Ms. Carleton possesses knowledge of many facts relating to Plaintiffs' claims against Defendants.

2. John Cahill Carleton
   Plaintiff
   Manning & Sossamon PLLC
   1532 Sixteenth Street, NW
   Washington, DC 20036

   Mr. Carleton possesses knowledge of many facts relating to Plaintiffs' claims against Defendants.

3. John DiJoseph, Esquire
   Defendant
   9610 Tiberias Drive
   Upper Marlboro, MD 20772
   (301) 856-6731

   Mr. DiJoseph possesses information relating to the legal representation of Jennifer and John Carleton and other matters relating to the subject matter of this litigation.

4.  David R. Kaminsky, Esquire
  Defendant
  c/o Justin M. Flint, ECCLESTON & WOLF, P.C.,
  2001, S Street, NW, 20009

  Mr. Kaminsky possesses information relating to the legal representation of Jennifer and John Carleton and other matters relating to the subject matter of this litigation.

5.  Ted Kavrukov, Esquire
  Defendant
  c/o George O. Peterson, Esquire, SANDS ANDERSON MARKS & MILLER, P.C.,
  1497 Chain Bridge Road, Suite 202, McLean, VA 22101

  Mr. Kavrukov possesses information relating to the legal representation of Jennifer and John Carleton and other matters relating to the subject matter of this litigation.

6.  Suzanne Winter
  2704 Emerald Hill Road
  Sperryville, VA 22740

  Ms. Winter was a Defendant in the underlying matter in which Defendants in this matter represented Plaintiffs. Ms. Winter has information relating to that underlying matter and Defendants' legal representation of Plaintiffs.

7.  Kevin I. Kane
  3 Bethesda Metro Center
  Suite 520
  Bethesda, Maryland 20814

  Mr. Kane was legal counsel for Ms. Winter who was a Defendant in the underlying matter in which Defendants in this matter represented Plaintiffs. Mr. Kane has information relating to that underlying matter and Defendants' legal representation of Plaintiffs.

8.  Morris R. Battino, Esquire
  1200 Perry Street, NE
  #100
  Washington, DC 20017

       Mr. Battino, was, at one point, legal counsel for Ms. Winter, Washington Land Company, and The New Washington Land Company which were Defendants in the underlying matter in which Defendants in this matter represented Plaintiffs. Mr. Battino has information relating to that underlying matter and Defendants' legal representation of Plaintiffs.

9.     Robert E. Phillips
      10030 Gorman Road
      Laurel, Maryland 20732

      Mr. Phillips was a Defendant in the underlying matter in which Defendants in this matter represented Plaintiffs. Mr. Phillips has information relating to that underlying matter and Defendants' legal representation of Plaintiffs.

10.    George B. Huckabay, Esquire
      4816 Moorland Lane
      Bethesda, Maryland 20814-6145

      Mr. Huckabay was legal counsel for Mr. Phillips who was a Defendant in the underlying matter in which Defendants in this matter represented Plaintiffs. Mr. Huckabay has information relating to that underlying matter and Defendants' legal representation of Plaintiffs.

11.    John J. Heyn
      14 Caveswood Lane
      Owings Mills, Maryland 21117

      Mr. Heyn was an expert witness retained by the underlying Defendant, Bob Phillips. Therefore, Mr. Heyn has knowledge of the subject property and also knowledge of Defendants' legal representation of Plaintiffs.

12.    J.D. Grewell
      9001 16th Street
      Silver Spring, MD 20910

      Mr. Grewell was an expert witness retained by the Defendants. Therefore, Mr. Grewell has knowledge of the subject property and also knowledge of Defendants' legal representation of Plaintiffs.

13.    Timothy G. Casey, Esquire
      451 Hungerford Drive, Suite 505
      Rockville, Maryland, 20850.

      Mr. Casey was legal counsel for underlying Defendants Long & Foster Real Estate, Inc. and Guinevere Jones-Wood who were Defendants in the underlying matter in which Defendants in this matter represented Plaintiffs.

        Mr. Casey has information relating to that underlying matter and Defendants' legal representation of Plaintiffs.

14. William D. Burk, Esquire
    451 Hungerford Drive, Suite 505
    Rockville, Maryland, 20850.

    Mr. Burk was legal counsel for underlying Defendants Long & Foster Real Estate, Inc. and Guinevere Jones-Wood who were Defendants in the underlying matter in which Defendants in this matter represented Plaintiffs. Mr. Burk has information relating to that underlying matter and Defendants' legal representation of Plaintiffs.

15. Thomas J. Lynch
    1062 Harriman
    Great Falls, Virginia 22066

    Mr. Grewell was an expert witness retained in the underlying matter. Therefore, Mr. Lynch has knowledge of the subject property and also knowledge of Defendants' legal representation of Plaintiffs.

16. Charles Chenier
    2911 Perry Street
    Tuskegee, AL 36088

    Mr. Chenier was the seller of the subject property and, therefore, has knowledge of the wall in question and generally information relating to the condition of the subject property and other relevant issues.

17. Brian McCarthy
    Bennett, Frank, McCarthy Architects, Inc.
    7003 Carroll Avenue
    Takoma Park, Maryland, 20912

    Mr. McCarthy is an architect who viewed the subject property and wall and generally has knowledge of the facts of the underlying action.

18. Rodney Bury
    Long Fence and Home
    6811 Kenilworth, Avenue
    6th Floor
    Riverdale Maryland, 20737

    Long Fence and Home is a general contractor who performed work on the subject property.

19. Sandy Taylor
    Taylor & Associates
    5108 Berwyn Road
    College Park, Maryland 20740

    Taylor & Associates were inspectors who inspected the subject property and, thereby have knowledge of the facts of this case.

20. Tyson's Self-Storage
    8608 Leesburg Pike
    Vienna, Virginia, 22182

    Tyson's Self-Storage provided storage to Plaintiffs.

21. State Department Storage
    Address Unknown

    State Department Storage provided storage to Plaintiffs.

22. Jeffrey Overmiller
    Structural Design Group
    15825 Shady Grove Road
    Suite 180
    Rockville, Maryland, 20850

    Mr. Overmiller is a structural engineer who has knowledge of the facts of this case and the subject property.

23. Richard Montelius
    R & D General Contracting, Inc.
    809 Francis Avenue
    Halethorp, Maryland, 21227

    R & D General Contracting did work on the subject property and has knowledge of the structural integrity of the wall in question. Mr. Montelius, as an employee of R & D General Contracting has knowledge of the underlying facts of this case.

24. T & A General Contracting, Inc.
    Address Unknown

    T & A General Contracting did work on the subject property and has knowledge of the structural integrity of the wall in question and other relevant issues.

25. Owner
    945 B 25th Street, NW
    Washington, DC 20037

    The owner of this property served as Plaintiffs' landlord while they were displaced from the subject property.

26. Owner
    2140 L Street, NW
    Washington, DC 20037

    The owner of this property served as Plaintiffs' landlord while they were displaced from the subject property.

27. All individuals listed by Defendants on their Rule 26(a)(1) Disclosures.

28. Plaintiffs reserve the right to supplement this list.

**Rule 26(a)(1)(B) – Categories and location of documents**

All documents are located and are available for inspection and copying at:

Manning & Sossamon, PLLC
1532 Sixteenth Street, NW
Washington, DC 20036

1. Documents relating to the underlying litigation in this matter, including the appeal.

2. Documents relating to Plaintiffs' purchase of the subject property.

3. Documents relating to the inspection of the subject property.

4. Documents relating to all work done to the subject property.

5. Documents relating to Defendants' representation of Plaintiffs.

6. Documents relating to Plaintiffs' damages.

7. Documents relating to the prosecution of the lawsuit against Bob Phillips and Hometech, Inc.

8. Documents relating to Suzanne Winters' representation of Plaintiffs as a real estate agent.

9. Documents relating to home inspections of the subject property.

10. Documents relating to engineering analyses of the subject property.

**Rule 26(a)(1)(C) – Calculation of Damages**

1. $169,751.89 in damages for work/costs related to rehabilitation of subject property and other costs recoverable at underlying trial.

2. $61,262.13 in Defendants' attorneys fees.

3. $17,574.57 in attorneys fees to prosecute Plaintiffs' appeal and subsequent claim against Bob Phillips and HTSI.

Subtracting the $10,000 the Plaintiffs received from Bob Phillips and HTSI in settlement, the Plaintiffs have been damaged by Defendants' legal malpractice in the amount of $238,588.59.

**Rule 26(a)(1)(D) – Insurance Agreements**

None

Respectfully Submitted,

___/s/ Christopher Manning_____
Christopher C. S. Manning
# 471315
1532 Sixteenth Street, NW
Washington, DC 20036
(202) 387-2228
(202) 387-2229 (Fax)
cmanning@manning-sossamon.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of July, 2007, I caused a copy of the foregoing to be filed and served upon the parties listed below in accordance with the Court's electronic filing procedures and practices:

Aaron L. Handleman
Justin M. Flint
ECCLESTON AND WOLF, P.C.
2001 S Street, N.W., Suite 310
Washington, D.C. 20009
*Counsel for Defendant David Kaminsky*

George O. Peterson, Esquire
SANDS ANDERSON MARKS & MILLER, P.C.
1497 Chain Bridge Road
Suite 202
McLean, VA 22101
*Counsel for Defendant Ted Kavrukov*

John DiJoseph
9610 Tiberias Drive
Upper Marlboro, MD 20772
*Pro Se*

                                             **/s/ Christopher Manning**
                                              Christopher Manning