UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNIFER CARLETON, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>JOHN DIJOSEPH, Esq., et al.,<br><br>    Defendants. | Civil Action No. 07-1018 (JDB) |

**INITIAL SCHEDULING ORDER**

Pursuant to the initial scheduling conference held on this date, and the Joint Rule 16.3 Report submitted by the parties, it is, this 13th day of July, 2007, hereby **ORDERED** as follows:

1.  The parties shall complete the initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure by not later than July 18, 2007.

2.  The parties shall have until October 11, 2007, to amend the pleadings and join additional parties without further leave of the Court.

3.  The parties shall complete written discovery by not later than October 31, 2007. All discovery shall be completed by not later than December 31, 2007. The parties shall comply with the limitations and requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

4.  Any disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) shall be made as follows: (a) plaintiffs shall identify experts by not later than October 15,

      2007; (b) defendants shall identify experts by not later than November 15, 2007; and (c) plaintiffs shall identify rebuttal experts by not later than November 30, 2007.

5.    Dispositive motions shall be filed by not later than January 31, 2008. The Local Civil Rules of this Court will govern with respect to the timing for filing oppositions and any replies thereto.

**SO ORDERED**.

                                                           /s/ John D. Bates
                                                          JOHN D. BATES
                                       United States District Judge