**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | * | |
| JENNIFER CARLETON, *et al.* | | |
| | * | |
| Plaintiffs | | |
| | * | CASE NO: 07cv01018 (JDB) (JMF) |
| v. | | |
| | * | |
| JOHN DIJOSEPH, ESQ. *et al.* | | |
| | * | |
| Defendants | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF SETTLEMENT**

Defendant, David R. Kaminsky, Esquire ("Defendant Kaminsky"), by and through his undersigned attorneys, hereby respectfully submits his Notice of Settlement in the above captioned matter. In that regard, Defendant Kaminsky represents to this Honorable Court that a global settlement has been reached in principle among all of the parties to this action and that the respective parties are engaged the process of drafting a settlement agreement and appropriate Notice of Dismissal.

Respectfully submitted**,**

**/s/ Justin M. Flint**
_____
Aaron L. Handleman (No. 48728)
Justin M. Flint (No. 27322)
ECCLESTON & WOLF, P.C.
2001 S Street, N.W., Suite #310
Washington, D.C., 20009-1125
(202) 857-1696
handleman@ewdc.com
flint@ewdc.com
*Attorneys for Defendant*
*David R. Kaminsky, Esq.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of August 2007 a copy of the foregoing Notice of Settlement was served electronically to:

> Christopher C. S. Manning, Esquire
> MANNING & SOSSAMON, PLLC
> 1532 16th Street, NW
> Washington, D.C., 20036
> *Counsel for Plaintiff*
> *Cmanning@manning-sossamon.com*
>
> George O. Peterson, Esquire
> Mikhael D. Charnoff, Esquire
> SANDS ANDERSON MARKS & MILLER, P.C.
> 1497 Chain Bridge Road
> Suite 202
> McLean, VA 22101
> gpeterson@sandsanderson.com
> *Counsel for Ted Kavrukov, Esquire*
>
> And via first class mail to:
>
> John DiJoseph
> 9610 Tiberias Drive
> Upper Marlboro, MD 20772
> PRO SE

/s/ **Justin M. Flint**

_____
Justin M. Flint