UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JENNIFER CARLETON, *et al*.

       Plaintiffs

  v.        CASE NO:  07cv01018 (JDB) (JMF)

JOHN DIJOSEPH, ESQ. *et al*.

       Defendants

\* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    IT IS HEREBY STIPULATED, by and between counsel for Plaintiffs Jennifer Carleton and John Carleton and counsel for undersigned Defendants, David R. Kaminsky, Esquire, Ted Kavrukov, Esquire, and John DiJoseph, that the above-captioned case pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and Local Rule 16.6 is hereby dismissed with prejudice.

Respectfully submitted,

      /s/                                                              /s/
Christopher C. S. Manning (No. 471315)        Aaron L. Handleman (No. 48728)
MANNING & SOSSAMON, PLLC                     Justin M. Flint (No. 27322)
1532 16th Street, NW                                      ECCLESTON & WOLF, P.C.
Washington, D.C. 20036                              2001 S Street, N.W., Suite #310
Cmanning@manning-sossamon.com         Washington, D.C. 20009-1125
*Counsel for Plaintiffs*                                       handleman@ewdc.com
                                                                        flint@ewdc.com
                                                                        *Attorneys for Defendant*
                                                                        *David R. Kaminsky, Esq.*

And

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| George O. Peterson, Esquire | John DiJoseph |
| Mikhael D. Charnoff, Esquire | 9610 Tiberias Drive |
| SANDS ANDERSON MARKS & MILLER, P.C. | Upper Marlboro, MD 20772 |
| 1497 Chain Bridge Road | PRO SE |
| Suite 202 | |
| McLean, VA 22101 | |
| gpeterson@sandsanderson.com | |
| *Counsel for Ted Kavrukov, Esquire* | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of October 2007, a copy of the foregoing Stipulation of Dismissal with Prejudice was served electronically to:

>Aaron L. Handleman (No. 48728)
>Justin M. Flint (No. 491782)
>ECCLESTON & WOLF, P.C.
>2001 S Street, N.W., Suite #310
>Washington, D.C., 20009-1125
>(202) 857-1696
>handleman@ewdc.com
>flint@ewdc.com
>
>George O. Peterson, Esquire
>Mikhael D. Charnoff, Esquire
>SANDS ANDERSON MARKS & MILLER, P.C.
>1497 Chain Bridge Road
>Suite 202
>McLean, VA 22101
>gpeterson@sandsanderson.com

And via first class mail to:

>John DiJoseph
>9610 Tiberias Drive
>Upper Marlboro, MD 20772
>PRO SE

_____**/s/**_____
Christopher C. S. Manning